The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Jesse Gregory Edmond
   v. Commonwealth of Virginia
   Record No. 0557-15-2
   Opinion rendered by Judge Malveaux on
   August 2, 2016

2. King William County and Virginia Association of Counties Group
   v. Lina Jones
   Record No. 0576-15-2
   Opinion rendered by Judge Russell, Jr. on
   August 9, 2016

3. Sue Karr, Harold H. McCall, James R. Webb and Carol Ann White
   v. Virginia Department of Environmental Quality and David K. Paylor, Director
   Record No. 1715-15-2
   Opinion rendered by Judge Humphreys on
   August 9, 2016

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Ryan Austin Collins
   v. Commonwealth of Virginia
   Record No. 1096-14-2
   Opinion rendered by Judge AtLee
     on July 21, 2015
   Judgment of Court of Appeals affirmed by opinion rendered on
     September 15, 2016 (151277)

2. Naa Lamiley Williams
   v. Capital Hospice, et al.
   Record No. 0947-15-4
   Opinion rendered by Judge Humphreys
     on March 29, 2016
   Dismissed for lack of jurisdiction pursuant to Code § 17.1-410(A)(2) and (B)
     by order entered on July 26, 2016 (160655)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1.  <u>Eliseo Granado, Jr.</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 1354-14-1
    CAV petition for appeal denied by Judge Beales on February 6, 2015 and by
      Judges McCullough, Russell and Senior Judge Frank on May 14, 2015
    Judgment of Court of Appeals reversed and matter remanded to this Court with
      direction to review the petition for appeal considering the written statement of
      facts entered by trial judge on August 22, 2014
    (150936)

2.  <u>Mihn Duy Du</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 2040-14-3
    CAV petition for appeal denied by Judge Chafin on June 11, 2015
    Judgment of Court of Appeals affirmed by opinion rendered on September 22, 2016
    (151058)